COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-09-435-CV

 

IN
RE STEVEN GREEN                                                             RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

 

PER
CURIAM

 

 

PANEL: DAUPHINOT and
LIVINGSTON, JJ.

 

DELIVERED:  December 18, 2009











     [1]See
Tex. R. App. P. 47.4.